Andrew R. McCloskey, State Bar No. 7441
LAW OFFICES OF ANDREW R. McCLOSKEY
2300 West Sahara Avenue
Suite 300, Box 2
Las Vegas, NV 89102
Telephone No.: 702.387.4565
Fax No.: 702.387.4566

Attorneys for Plaintiffs
ACE American Insurance Company
and Westchester Fire Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PANORAMA TOWERS I, LLC and PANORAMA TOWERS II, LLC<br><br>Defendants. | Case No. 2:10-cv-01993-PMP-RJJ<br><br>**PLAINTIFFS ACE AMERICAN INSURANCE COMPANY AND WESTCHESTER FIRE INSURANCE COMPANY'S REQUEST FOR DISMISSAL AND [PROPOSED] ORDER** |

Plaintiffs ACE American Insurance Company and Westchester Fire Insurance Company, having never served the Summons and Complaint on the defendants in this matter, hereby requests the Court dismiss this action in its entirety, without prejudice.

Dated: May 23, 2011

LAW OFFICES OF ANDREW R. McCLOSKEY

By: _____
Andrew R. McCloskey
Attorneys for Plaintiffs
ACE American Insurance Company
and Westchester Fire Insurance Company

**ORDER**

IT IS SO ORDERED.

Dated: _May 23, 2011.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE